IN THE COURT OF APPEALS OF MARYLAND

CC Baltimore City
24-C-15-000487
Argued: February 7, 2017

No.59

September Term, 2016

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES
("AFSCME") MARYLAND COUNCIL 3
AND AFSCME LOCAL 1072

v.

UNIVERSITY OF MARYLAND,COLLEGE
PARK

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,
            JJ.

PER CURIAM ORDER

Filed: February 17, 2017

AMERICAN FEDERATION OF      *     IN THE
STATE, COUNTY AND MUNCICPAL
EMPLOYEES ("AFSCME") MARYLAND *     COURT OF APPEALS
COUNCIL 3 AND AFSCME LOCAL
                               *     OF MARYLAND
v.
                               *     No. 59

UNIVERSITY OF MARYLAND,      *     September Term, 2016
COLLEGE PARK


**PER CURIAM ORDER**


The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 17th day of February, 2017,


ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed as being moot.


                                      /s/ Mary Ellen Barbera
                                           Chief Judge